JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VEGA HERNANDEZ,<br><br>        Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 13-2746-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

12/19/13
Dated: _____

                                              *Dale S. Fischer*

                                            _____
                                            DALE S. FISCHER
                                            UNITED STATES DISTRICT JUDGE